**Criminal Case Cover Sheet**            **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** FBI

**City** Wakefield
**County** Middlesex

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____  ☐ Yes  ☒ No

**Defendant Information:**

Defendant Name: Christopher ROMANO     Juvenile: ☐ Yes ☒ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☒ No

Alias Name: _____
Address: Wakefield, MA

Birth date (Yr only): 1966  SSN (last 4#): 3530  Sex: M  Race: W  Nationality: Mexico/US

**Defense Counsel if known:** _____  Address: _____
Bar Number: _____

**U.S. Attorney Information**

AUSA: Benjamin Tolkoff  Bar Number if applicable: NY 4294443

**Interpreter:** ☐ Yes ☒ No  List language and/or dialect: _____

**Victims:** ☐ Yes ☒ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☒ No

**Matter to be SEALED:** ☒ Yes ☐ No

☒ Warrant Requested   ☒ Regular Process   ☐ In Custody

**Location Status:** Out of custody

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:** ☐ Complaint  ☐ Information  ☒ Indictment
**Total # of Counts:** ☐ Petty ___  ☐ Misdemeanor ___  ☒ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 4/1/2025  Signature of AUSA: _[signature]_

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant** _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC s 1955 | Illegal Gambling Business | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

[blank box]