UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 25-CR-10115-LTS |
| | ) | |
| CHRISTOPHER ROMANO, | ) | |
| | ) | |
| Defendant. | ) | |

**UNITED STATES' MOTION FOR ORDER TO TURNOVER FUNDS**

The United States of America, by its attorney, Leah B. Foley, United States Attorney for the District of Massachusetts, respectfully moves this Court for an order requesting that the Massachusetts Office of the Attorney General (AGO) turn over certain seized funds to the Federal Bureau of Investigation (FBI) and the United States Marshals Service (USMS) in connection with federal forfeiture proceedings in the above-captioned case. The undersigned AUSA has been in communication with the AGO about this motion and understands that the AGO will also obtain an order from the state court to transfer the seized funds after entry and receipt of the attached proposed turnover order.

In support thereof, the United States sets forth the following:

1. On April 2, 2025, a federal grand jury sitting in the District of Massachusetts returned a one-count Indictment charging defendant Christopher Romano (the "Defendant"), with Illegal Gambling Business, in violation of 18 U.S.C. § 1955 (Count One).

2. October 15, 2025, the United States filed a Bill of Particulars for Forfeiture of Assets, providing notice of specific property that the government intended to forfeit pursuant to 18 U.S.C § 981(a)(1)(C) & 28 U.S.C. § 2461(c) as a result of violations of 18 U.S.C. § 1955. The Bill of Particulars identified any property, real or personal, which consititutes, or is derived from, proceeds traceable to the commission of the offense, including but not limited to the following:

a. $210.00 in United States currency seized at 63 West Park Drive, Wakefield, MA on June 16, 2021;

b. $425.00 in United States currency at 63 West Park Drive, Wakefield, MA on June 16, 2021;

c. $5,416.00 in United States currency seized at 63 West Park Drive, Wakefield, MA on June 16, 2021;

d. $1,139,700.00 in United States currency seized from a Eastern Bank safe deposit box at 605 Broadway, Saugus, MA on June 16, 2021;

e. $13,399.32 in United States currency seized from Century Bank Acct. No. XXXX3453 on June 16, 2021;

f. $41,820.96 in United States currency seized from PayPal, Inc. (Venmo) Account No. XXXX9015 on June 16, 2021;

g. $1,062.00 in United States currency seized at 10 Sedwich Lane, Sandwich, MA on June 16, 2021;

h. $9,892.27 in United States currency seized from PayPal, Inc. (Venmo) Account No. XXXX7001 on June 16, 2021;

i. $105.56 in United States currency seized from PayPal, Inc. (Venmo) Account No. XXXX8512 on June 16, 2021;

j. $1,552.23 in United States currency seized from Santander Account No. XXXXXX8019 on June 16, 2021;

k. $2,140.00 in United States currency seized at 9 Central Street, Wakefield, MA, on June 16, 2021; and

l. $5,330.00 in United States currency seized at 9 Central Street, Wakefield, MA, on June 16, 2021

(collectively, the “Currency”).

3. On March 11, 2026, the Defendant signed a written plea agreement admitting that the Currency was subject to forfeiture as proceeds or facilitating property of the Defendant’s offense. Doc. No. 20. In the plea agreement, the Defendant also agreed “to assist fully in the forfeiture of the foregoing assets.”

4. On May 5, 2026, the government filed a Motion for a Preliminary Order of Forfeiture against the Currency and other assets. Doc. No. 53. The Currency needs to be transferred to the federal custody to continue the forfeiture process under federal forfeiture law.

WHEREFORE, the United States, in consultation with the AGO, moves this Court for an order requesting that the AGO turn over the Currency to the FBI and USMS, and for the FBI and USMS to maintain custody of the Currency during the forfeiture proceedings.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: /s/ *Carol E. Head*
CAROL E. HEAD
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
carol.head@usdoj.gov

Dated: June 23, 2026